# MARYLAND HIGHER EDUCATION LOAN CORPORATION
## APPLICATION FOR STUDENT LOAN through the facilities of UNITED STUDENT AID FUNDS

WARNING: Any person who knowingly makes a false statement ... which may include fines or imprisonment under the United States ...

642663     AG-X-000024-09   D

### SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS

1. Social Security Number: 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
2. Last Name: FORD    First: BARBARA    M.I.: B
3. Birthdate: Mo. Day Yr. — 10/09/60
4. Permanent Home Address: 3135 GEORGIA AVE NW    Apt. No. 4
5. Area Code-Phone No.: 202-723-0425    City: WASHINGTON    State Code: DC    Zip: 20011
6. U.S. Citizenship Status: 1 ☒ Citizen
7. Your Dependents Number: —    Ages: —
8. Permanent Resident of: State Code DC Since 10/60
9. Intended Enrollment Status: 1 ☒ Full-time
10. Major Course of Study Code: 7
10a. Place of Birth: WASH DC
11. While in School, You Intend to Live: 3 ☒ Off Campus
12. Prior to the academic year for which this loan is requested, have you ever been enrolled in any school beyond the high school level? 2 ☒ No
13. Requested Loan Amount: $2500.00
14. Loan Period: From 01/86 To 08/86
15. Have you ever defaulted on an education loan? 2 ☒ No
16. Do you have any outstanding education loans? 2 ☒ No. — NONE

17. References:
- Thelma Ford, 1150 12th St NW Wash DC 20005, 638-7835
- Robert Montgomery, 33 Missouri Ave NW Wash DC 20011, 723-38..

18. Name and Address of Lender Who will Process this Loan: UNION TRUST CO of MD
19a. Race: 1 ☒ American Negro
19b. Have you applied for a PELL Grant: ☒ No
Maryland State Scholarship: ☒ No

### SECTION II — TO BE COMPLETED BY THE SCHOOL

20. Name of School: NATIONAL TRAINING SYSTEMS
21. Address: 7140 Virginia Manor Ct    City: Laurel    State: MD    Zip: 20708
22. Loan Period: From 1-7-86 To 8-24-86
24. Anticipated Completion Date: Mo. 8 Yr. 86
25. School Code: 021658
26. Area Code-Phone No.: (301) 792-2270
27A. Dependency Status: 2 ☒ Independent
27B. Adjusted Gross Income: $8,000
28. Estimated Total Cost of Education for Loan Period: $3607
29. Financial Aid for Loan Period: $0
29B. Expected Family Contribution: $0
30. Difference (Item 28 Less Items 29A and 29B): $3607

Signature of Authorized Financial Aid Administrator: Ed Garvey
Print or Type Name and Title: ED GARVEY F.A.O.
Date: 1-7-86

### SECTION III — TO BE COMPLETED BY THE LENDER

33. Name of Lending Institution: UNION TRUST BANK
P.O. Box 1077
BALTIMORE MD 21203
35. Area Code-Phone No.: (301) 332-5849
36. Lender Code: 805595
37. Loan Disbursement Date: 1-20-86
38. Loan Amount: $2500
39. Student Aid Lender Approves: $2500

Pay to the order of United Student Aid Funds, Inc. without recourse
Signet Bank/Maryland
JAN 8 1986

40. Signature of Authorized Lending Official: Benjamin LeBorys
Print or Type Name and Title: Benjamin LeBorys, V.P.

## Promissory Note for a Guaranteed Student Loan

**I. Promise To Pay** I, the undersigned student borrower identified in Section I, Item 2, promise to pay to you or your order when this note becomes due as set forth in Paragraph II, the sum of

Two Thousand Five hundred ($2500.00)

I.A. Requested Loan Amount — Must be the Same as Item 13

or such loan amount as is advanced to me and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest as set forth in Paragraph VI. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including the fees of an outside attorney and court costs that are permitted by Federal law and regulations for the collection of this loan, which you incur in collecting this loan. (See Paragraphs II, III, VI on the other side.) My signature certifies that I have read, understood and agreed to the findings and authorizations stated in the "Borrower Certification" printed on the reverse side.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF.

J.B. Student Borrower Signature: Barbara B. Ford    (SEAL)    Date: 1-7-86
Timothy Bowen, Vice President

NOTICE TO STUDENT: Terms of the Promissory Note continue on the reverse side.

PLAINTIFF'S EXHIBIT A