UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff,     Case No.: 1:06CV00496 JGP

    v.

Barbara B. Ford,

    Defendant.

## APPLICATION AND DECLARATION FOR
## ENTRY OF DEFENDANT'S DEFAULT

  The United States of America hereby applies to the Clerk of the Court for entry of

defendant's default and declares as follows:

  1. I am a private counsel for the United States in this case and in that capacity have been

assigned to represent the interests of plaintiff in the above captioned matter.

  2. I hereby make application to the Clerk of this Court for entry of default as to

defendant, Barbara B. Ford, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in

support of this application state as follows:

  a) The defendant was personally served with copies of Plaintiff's Summons and

  Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure, as is reflected

  in the Affidavit of Service filed in the case.

  b)  Upon Plaintiff's information and belief, the defendant is neither an infant nor an

  incompetent person requiring special service in accordance with Rule 4(g), Federal Rules

  of Civil Procedure, and is not serving with the armed forces of the United States entitled

  to the protection of 50 U.S.C. App. Section 520.

  c)  The defendant has neither answered nor otherwise responded formally to the

Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule

12(a), Federal Rules of Civil Procedure.

WHEREFORE plaintiff requests the Clerk of the Court to enter the defendant's

default.

I, Thomas A. Mauro, do hereby certify under penalty of perjury, pursuant to 28 U.S.C.
§1746(2), that the above statements are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

DATE: May 30, 2006

_____

Thomas A. Mauro (Bar No. 184515)
Attorney for the United States of America
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036
PH: (202) 452-9865 / FAX (202) 452-0092

c:\CLASS\TEMPLATES\DEFAULT.WPD

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:06CV00496 JGP |
| | ) | |
| v. | ) | |
| | ) | |
| Barbara B. Ford, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on March 30, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____ , 200 , declared that:

Defendant herein is in default.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT

BY: _____
DEPUTY CLERK