UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                          **Civil Action No. 06-0496 (JGP)**

**BARBARA B. FORD,**

        **Defendant.**

**ORDER**

Default having been entered by the Clerk of Court on May 30, 2006, it is hereby

**ORDERED** that plaintiff shall move for a default judgment on or before August 24, 2007, or the Court will dismiss this action for lack of prosecution pursuant to Local Civil Rule 83.23.

**DATE: August 3, 2007**

                                                      **JOHN GARRETT PENN**
                                                      **United States District Judge**

Copy to:      Barbara B. Ford
                    1452 Savannah Street, SE
                    Apartment 101
                    Washington, DC 20032