UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06cv0496 (DAR) |
| v. : | |
| : | |
| BARBARA FORD : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

In response to the Court's Order of February 28, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report.

Preliminarily, Plaintiff wishes to inform the Court that in response to the Court's requirement that the parties file a Joint Status Report, Plaintiff counsel sent a letter to the Defendant on February 29, 2008, at the address of record the Court has for her and left a telephone message asking that she call counsel in attempts to discuss with the Defendant the status of this claim. A copy of the letter is attached. The Defendant has not responded either by telephone or in writing to counsel's February 29 letter. A telephone message again left with the Defendant on March 14, 2008, went unanswered at the time of this filing. Accordingly, Plaintiff files this Status Report unilaterally.

This case was filed on March 10, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

Defendant was served with the Summons and Complaint on March 30, 2006 (Document # 2), but he failed to answer or respond.

The Clerk entered a Default on May 30, 2008 (Document # 4), and on August 9, 2007, Plaintiff moved for the entry of a default judgment (Document # 6).

1

On August 22, 2007, the Court issued an Order advising the Defendant of Plaintiff's Application for Entry of Default Judgment and instructed her to respond thereto on or before September 4, 2007, to explain why a default judgment should not be entered against her (Document # 7).

Although the Defendant has not responded to Plaintiff's motion for entry of default judgment or the Court's August 22, 2007, Order, on August 8, 2007, counsel for the Defendant received a copy of the Defendant's Discharge Application: School Closure, which was dated April 12, 2006. Counsel then forwarded it to the appropriate official of the United States Department of Education, Linda Faatalale. On August 10, 2007 the Department of Education denied the Application for Discharge.

The Defendant has failed to answer or respond in this case to either the Court's Order or to the Complaint and motion for default judgment.  Accordingly,  we believe the Court can now grant the Motion for Entry of Default Judgment, and we ask the Court to do so. Defendant is currently indebted to the Government in the amount of $6,557.15, not including attorneys fees.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

**MAURO LAW OFFICES, P.C.**
1020 19TH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036
202 452 9865
Facsimile: 202 452 0092

February 29, 2008

**BY FIRST CLASS MAIL**
Ms. Barbara Ford
1452 Savannah Street, SE, #101
Washington, DC 20032

    Re:    USA v. Barbara B. Ford
            Civil Action No.1:06CV0496 DAR

Dear Ms. Ford:

    As you know, our office represents the Government in collection of your defaulted student loan debt. The United States District Court for the District of Columbia has scheduled a status hearing before Magistrate Judge, Deborah Robinson on **March 18, 2008 at 3:30 P.M.**

    Please contact my office immediately as the Court has instructed all parties to this case to file a joint status report by March 14, 2008.

    If you have any questions you can call me or Hugh Johnson at 202-452-9865.

    *The purpose of this communication is to collect a debt by a debt collector, and any information obtained will be used for that purpose.*

                                                      Sincerely,

                                                    /s/

                                                  Thomas A. Mauro
                                                Attorney for the United States of America

cc: Enclosures

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Barbara Ford
1452 Savannah Street, SE
Apartment 101
Washington, D.C. 20032

this 14th day of March, 2008.

                                            /s/ Thomas A. Mauro
                                               Thomas A. Mauro