UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 1 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

   Plaintiff,     Case No.: 1:06CV00496 JGP

   v.

Barbara B. Ford,

   Defendant.

### ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the _____ day of _____, 200_, ORDERED THAT:

1. A default judgment be and it hereby is entered in favor of the United States of America against Barbara B. Ford in the amount of the principal sum of $2,664.93 plus accrued interest of $3,842.22 as of 03/03/2006, and other costs and allowable expenses for a total judgment of $6,507.15 with interest on principal of $2,664.93 from 03/29/99, at 8.000% per annum to the date of judgment, plus interest on $6,507.15 at the legal rate of _____% pursuant to 28 U.S.C. §1961 until paid, plus attorney's fees of $1,919.60, and plus collection costs of $400.00 (the filing fee of $350.00 plus private process server fees of $50.00).

2. The United States is further awarded the cost of private process server fees incurred in

serving post-judgment executions and discovery. The Clerk shall tax them as costs.

    3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

                                              /s/
                                 ~~UNITED STATES DISTRICT JUDGE~~
                                 **Deborah A. Robinson**
Copies to:                        **United States Magistrate Judge**

Thomas A. Mauro
Attorney for the United States of America
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036

and

Barbara B. Ford
1452 Savannah St, Se #101
Washington, DC 20032